**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00971-JLK-KLM

MBH SYSTEMS INTEGRATION, INC.
D/B/A BUCHL ELECTRIC & INSTRUMENTATION, INC.,

    Plaintiff,

v.

DYNO NOBEL INC.,

    Defendant.

___

**ORDER DISMISSING PLAINTIFF'S SECOND AND FOURTH CLAIMS
FOR RELIEF WITH PREJUDICE**

___

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and upon Plaintiff and Defendant's Joint Motion to Dismiss Plaintiff's Second and Fourth Claims for Relief with Prejudice,

    **IT IS HEREBY ORDERED** that:

    1.    The Second Claim for Relief (Breach of Fiduciary Duty/Trust Fund) and the Fourth Claim for Relief (Civil Theft) asserted in BEI's Complaint, dated April 28, 2010, is dismissed with prejudice; and

    2.    Plaintiff and Defendant shall each bear their own attorneys' fees and costs incurred with respect to the dismissal of Plaintiff's Second and Fourth Claims for Relief.

    Dated this 17th day of November, 2010.

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT