IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-971-JLK**

**MBH SYSTEMS INTEGRATION, INC.
D/B/A BUCHL ELECTRIC & INSTRUMENTATION, INC.,**

    Plaintiff,

v.

**DYNO NOBEL, INC.,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion to Dismiss With Prejudice (doc. #22), filed January 26, 2011, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 27th day of January, 2011.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT